Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-0137JLR |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| RICHARD ZIESKE, | |
| Defendant. | |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial date and the pretrial motions due date. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, that the failure to grant a continuance in this case would likely result in a miscarriage of justice because the defendant would be denied reasonable time necessary for effective preparation, taking into account the exercise of due diligence, that the period of delay is reasonable and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that Defendant's unopposed motion to continue trial date and pretrial motions due date is GRANTED. The trial date in this matter is

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND PTMs
DUE DATE- 1
*USA v. Richard Zieske* / CR17-137-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | continued to January 29, 2018. All pretrial motions, including motions in limine, shall be filed no later than December 14, 2017.

IT IS FURTHER ORDERED that the period of time from the date of this order through the new trial date of January 29, 2018 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 2nd day of June 2017.

_____
James L. Robart
United States District Judge

Presented by:

s/ *Jesse G. Cantor*
Jesse G. Cantor
Assistant Federal Public Defender
Attorney for Richard Zieske

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND PTMs
DUE DATE- 2
*USA v. Richard Zieske* / CR17-137-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100