Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD THOMAS ZIESKE,

Defendant.

NO. CR17-137JLR

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FILING OF PRETRIAL MOTIONS

The United States of America and the Defendant, Richard Thomas Zieske, have jointly moved to extend the pretrial motions deadline to December 29, 2017. This Court finds that the motion is (partially) supported by good cause, and the motion is GRANTED and the deadline for the filing of pretrial motions is extended to December 29, 2017.

//
//
//
//
//
//

ZIESKE/CR17-137JLR
ORDER GRANTING MOTION FOR EXTENSION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED.

DATED this 29th day of November, 2017.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Michael Dion*
MICHAEL DION
Assistant United States Attorney

ZIESKE/CR17-137JLR
ORDER GRANTING MOTION FOR EXTENSION - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970