Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RICHARD THOMAS ZIESKE, <br><br> Defendant. | NO. CR17-137JLR <br><br> [Proposed] <br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Motion *In Limine* to Admit Evidence of Defendant's Prior Fraud Scheme and DFI Cease and Desist Order Dkt. No. 32, that does not exceed fifteen pages in length.

DATED this 19th day of December, 2017.

_____
JAMES L. ROBART
United States District Judge

PRESENTED BY:

Received Unsigned
_____
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING UNITED STATES'
MOTION TO FILE A BRIEF IN EXCESSS
OF TWELVE PAGES/ZIESKE - 1
NO. CR17-137JRL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970