JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-137JLR |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO FILE OVERLENGTH |
| v. | ~~(PROPOSED)~~ |
| RICHARD THOMAS ZIESKE, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Motion in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of Court is hereby granted for the defendant to file a Motion not to exceed 16 pages.

IT IS SO ORDERED.

DONE this 19th day of December, 2017.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

s/ Jesse G. Cantor
Assistant Federal Public Defender
Attorney for Richard Zieske

ORDER GRANTING UNOPPOSED
MOTION TO FILE OVERLENGTH BRIEF
(*Richard Thomas Zieske*; CR17-137JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100