Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD THOMAS ZIESKE,<br><br>Defendant. | NO. CR17-137JLR<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR RESPONSES TO PRETRIAL MOTIONS |

The United States of America and the Defendant, Richard Thomas Zieske, have jointly moved to extend the deadline for the filing of responses to two pretrial motions (docket numbers 32 and 34) to December 28, 2017. This Court finds that the motion is supported by good cause, and the motion is GRANTED and the deadline for the filing of responses to docket numbers 32 and 34 is extended to December 28, 2017. A hearing on Docket #'s 32, 34 and 41 is set for Thursday, January 4, 2018 at 2:00pm.

//
//
//
//
//
//

ZIESKE/CR17-137JLR
ORDER GRANTING MOTION FOR EXTENSION - 1

IT IS ORDERED.

DATED this 21st day of December, 2017.

_____
HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

ZIESKE/CR17-137JLR
ORDER GRANTING MOTION FOR EXTENSION - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800