Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-137JLR |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION *IN LIMINE* TO ADMIT EVIDENCE OF DEFENDANT'S PRIOR FRAUD SCHEME AND DFI CEASE AND DESIST ORDER |
| v. | |
| RICHARD THOMAS ZIESKE, | |
| Defendant. | |

The United States of America has filed an unopposed motion to extend the deadline for the filing of its reply brief in support of its Motion *In Limine* to admit evidence of Defendant Richard Thomas Zieske's prior fraud scheme (docket no. 32). This Court finds that the motion is supported by good cause, and the motion is GRANTED and the deadline for the filing of the reply is extended to January 2, 2018.

//
//
//
//
//

ZIESKE/CR17-137JLR
ORDER GRANTING MOTION FOR EXTENSION - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

IT IS ORDERED.

2

DATED this 26ᵗʰ day of December, 2017.

3

4

5

HON. JAMES L. ROBART

6

United States District Judge

7

8

9 Presented by:

10

11

12 s/ Michael Dion

MICHAEL DION

13 Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZIESKE/CR17-137JLR
ORDER GRANTING MOTION FOR EXTENSION - 2