Judge Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-137JLR |
|---|---|
| Plaintiff | ~~[Proposed]~~ |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| RICHARD THOMAS ZIESKE, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to the Motion to Exclude Evidence that does not exceed eighteen pages in length.

DATED this 28th day of December, 2017.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANTING UNITED STATES'
MOTION TO FILE A BRIEF IN EXCESSS
OF TWELVE PAGES/ZIESKE - 1
NO. CR17-137JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

PRESENTED BY:

*s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING UNITED STATES'
MOTION TO FILE A BRIEF IN EXCESSS
OF TWELVE PAGES/ZIESKE - 2
NO. CR17-137JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970