Judge Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RICHARD THOMAS ZIESKE, <br><br> Defendant. | NO. CR17-137JLR <br><br> [Proposed] <br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File Overlength, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Reply in Support of Motion *in Limine* to Admit Evidence of Defendant's Prior Fraud Scheme and DFI Cease and Desist Order that does not exceed eleven pages in length.

DATED this 3RD day of January, 2018.

JAMES L. ROBART
United States District Judge

ORDER GRANTING UNITED STATES'
MOTION FOR OVERLENGTH - 1
NO. CR17-137JLR / ZIESKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | PRESENTED BY: |
| 3 | /s/ Michael Dion |
| 4 | MICHAEL DION<br>Assistant United States Attorney |

ORDER GRANTING UNITED STATES'
MOTION FOR OVERLENGTH - 2
NO. CR17-137JLR / ZIESKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970