HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD THOMAS ZIESKE,<br><br>    Defendant. | NO. CR17-137-JLR<br><br>ORDER GRANTING AGREED MOTION FOR A PROTECTIVE ORDER |

AGREED MOTION FOR A PROTECTIVE ORDER

Richard Zieske, through counsel, together with the United States, jointly move for a protective order of the tax records of R.B. being turned pursuant to a subpoena signed by This Court on December 26, 2017. The parties agree that the records are to be possessed exclusively by the office of the Federal Public Defender and United States Attorney's Office for the Western District of Washington at Seattle. The parties agree that only team members involved trial preparation, including experts, the Federal Bureau of Investigation, and R.B. himself, may possess these records. The parties agree that the defendant may review the records but may not take possession of these records outside the offices of the Federal Public Defender. The parties agree that the records shall not be duplicated and disseminated to any other person. The parties agree that any filing of

PROTECTIVE ORDER - 1
*USA v. Richard Zieske/* CR17-137-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

these records must be made under seal. The parties agree that the provision of this protective order shall not terminate at the conclusion of the prosecution. Finally, the parties agree that anyone found in violation of the protective order may be held in contempt or face other sanctions determined by the court.

Accordingly, the parties jointly move for This Court to grant the protective order pertaining to the tax records of R.B.

## ORDER OF THE COURT

This matter, having come to the court's attention on the agreed motion of the parties for entry of a discovery protective order, and the court having considered the motion, and being fully advised in this matter, hereby enter orders the following:

1) The tax records of R.B. shall be possessed exclusively by the office of the Federal Public Defender and United States Attorney's Office for the Western District of Washington at Seattle. Only team members involved trial preparation, including experts, the Federal Bureau of Investigation, and R.B. himself, may possess these records.

2) The defendant may review the records, but may not take possession of these records outside the offices of the Federal Public Defender.

3) The records shall not be duplicated and disseminated to any other person outside the Federal Public Defender's Office and the United States Attorney's Office.

//
//
//
//

PROTECTIVE ORDER - 2
*USA v. Richard Zieske/* CR17-137-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4) Any filing of these records must be made under seal.

5) This protective order shall not terminate at the conclusion of the prosecution.

6) Finally, anyone found in violation of the protective order may be held in contempt or face other sanctions determined by the court.

DATED: This 22 [NO] Day of January, 2018

_____
Hon. James L. Robart
United States District Court Judge

Presented by:

s/ Jesse Cantor
Assistant Federal Public Defender
Attorney for Richard Zieske

PROTECTIVE ORDER - 3
USA v. Richard Zieske/ CR17-137-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100