Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. C17-0137JLR |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: JUROR LUNCHES |
| RICHARD THOMAS ZIESKE, | |
| Defendant. | |

The Court hereby directs the Clerk of Court to pay for lunch that was provided to the 12-member jury in the above entitled action, which was in deliberations on February 1, 2018.

DATED this 1ST day of February, 2018.

*[signature]*

The Honorable James L. Robart
United States District Judge

ORDER RE: JUROR LUNCHES – 1