UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0137JLR |
|---|---|
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | |
| RICHARD THOMAS ZIESKE, | |
| Defendant. | |

Pending before the court are the oral motions made by Defendant Richard Zieske during the trial. The court DENIES Mr. Zieske's oral motions for a judgment of acquittal under Federal Rule of Criminal Procedure 29 and any other pending motion.

Dated this 16th day of February, 2018.

JAMES L. ROBART
United States District Judge