# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD THOMAS ZIESKE, <br><br> Defendant. | No. CR17-137-JLR <br><br> [PROPOSED] *JLR* <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Richard Thomas Zieske's interest in the following property:

- A sum of money, in the amount of $ 84,915 , representing the proceeds the Defendant obtained as a result of his Wire Fraud scheme. The United States will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered in this case.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*U.S. v. Zieske*, CR17-137-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The above-identified sum of money reflects proceeds of Wire Fraud, which are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
- The United States gave notice of its intent to forfeit these proceeds in both its Indictment (Dkt. No. 15, ¶¶ 21-22)) and its Trial Brief (Dkt. No. 74, p. 21);
- On February 1, 2018, following trial, the Defendant was convicted of five counts of Wire Fraud (Dkt. No. 128); and,
- Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title or interest in this sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed the amount of this sum of money; and,

///

///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED.

DATED this 15th day of May, 2018.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Order of Forfeiture - 3
U.S. v. Zieske, CR17-137-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970