JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-137-JLR |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO EXTEND VOLUNTARY SURRENDER DATE |
| RICHARD ZIESKE, | |
| Defendant. | |

THE COURT, having considered the motion to extend the voluntary surrender date and the records and files herein, GRANTS the motion.

IT IS ORDERED that Bureau of Prisons shall extend the voluntary surrender date from June 21, 2018 to July 12, 2018.

DONE this 28th day of May, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jesse Cantor
Assistant Federal Public Defender
Attorney for Richard Zieske

ORDER GRANTING MOTION TO EXTEND
VOLUNTARY SURRENDER DATE - 1
USA vs. Zieske / CR17-137-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100